# United States District Court
## Violation Notice

**CVB Location Code:** CA 76

**Violation Number:** P 0611569
**Officer Name:** OLSON
**Officer No.:** 2678

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 8/27/07
**Offense Charged:** ☒ CFR  36 CFR 4.30c / 4.23a1

**Place of Offense:** CURRY EAST PARKING

**Offense Description:** BIKING UNDER THE INFLUENCE OF ALCOHOL, UNDER .08

### DEFENDANT INFORMATION

**Last Name:** MARTINEZ
**First Name:** RUBEN
**M.I.:** A
**City:** N. HIGHLANDS
**State:** CA
**Zip Code:** 95660
**Drivers License No.:** D3496413
**D.L. State:** CA

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female
**Hair:** BLK  **Eyes:** BRN  **Height:** 5-06  **Weight:** 160

### VEHICLE DESCRIPTION

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

ARREST

---

I state that on August 27, 20 07, while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park.

At approximately 2045 hours I contacted a male riding a bicycle without a light. I identified the male through his CA Identification Card as Ruben MARTINEZ. Upon initial contact with MARTINEZ I smelt a strong odor of alcoholic beverage emitting from his person. I asked MARTINEZ if he had anything to drink and he responded that he had drank two beers. I initiated a bicycling under the Influence Investigation and started Field Sobriety Tests. MARTINEZ failed two out of the three field sobriety tests and refused to blow into the Preliminary breath screening device.

I arrested MARTINEZ for: bicycling under the influence of alcohol 36CFR4.30c/4.23a1, operating a bicycle during periods of low visibility without lights 36 CFR 4.30d2, and Misappropriation of property 36 CFR 2.30a1.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/27/07   [Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
    Date (mm/dd/yyyy)   U.S. Magistrate Judge

NPS 10-50 (Rev. 7-05)

# United States District Court Violation Notice

**CVB Location Code:** 0676

**Violation Number:** P 0611571
**Officer Name:** OLSON
**Officer No.:** 2678

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 8/27/07 2104
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code
**Code:** 36 CFR 4.30d2

**Place of Offense:** CURRY EAST PARKING

**Offense Description:** Operating a bicycle during periods of low visibility without lights or reflector

## DEFENDANT INFORMATION

**Last Name:** MARTINEZ
**First Name:** RUBEN
**M.I.:** A
**City:** N. HIGHLANDS
**State:** CA
**Zip Code:** 95660
**Drivers License No.:** D3496413
**D.L. State:** CA
☒ Adult ☐ Juvenile
**Sex:** ☒ Male ☐ Female
**Hair:** BLK **Eyes:** BRN **Height:** 5-6 **Weight:** 160

## VEHICLE DESCRIPTION

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

**ARREST**

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

---

I state that on August 27, 20 07 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park.

At approximately 2045 hours I contacted a male riding a bicycle without a light. I identified the male through his CA Identification Card as Ruben MARTINEZ. He did not have a bike light, nor a headlamp or flashlight on his person.

I arrested MARTINEZ for: bicycling under the influence of alcohol 36CFR4.30c/4.23a1, operating a bicycle during periods of low visibility without lights 36 CFR 4.30d2, and Misappropriation of property 36 CFR 2.30a1.

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/27/07    [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge